

# Fourth Court of Appeals
## San Antonio, Texas

May 3, 2019

No. 04-19-00093-CV

**IN THE INTEREST OF D.B.B., ET AL CHILDREN**,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA00420
The Honorable Linda A. Rodriguez, Judge Presiding

## O R D E R

The appellant A.R.'s second motion for extension of time to file brief is hereby GRANTED.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of May, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court